NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| ERIC A. WELCH, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-34 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Eric A. Welch, pro se.


PER CURIAM.


Affirmed.  See Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005);

Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Williams v. State, 907 So. 2d

1224 (Fla. 5th DCA 2005); Pruitt v. State, 801 So. 2d 143 (Fla. 4th DCA 2001).


CRENSHAW, MORRIS, and SLEET, JJ., Concur.